Benjamin M. Liphoff, appellee, v. American Surety Company of New York, appellant.  Gen. No. 28,748.

Assumpsit upon policy of liability insurance.  Judgment for plaintiff.  Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1923.  Reversed and remanded.  Opinion filed October 30, 1924.

Eastman, White & Hawxhurst, for appellant; Ralph R. Hawxhurst, of counsel.  No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Harry A. Massey, trading as Harry A. Massey & Company, for use of Chicago Title & Trust Company, as trustee in bankruptcy of Harry A. Massey & Company, appellant, v. W. W. Tate, appellee. Gen. No. 28,773.

Action upon contract of guaranty.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1923.  Affirmed.  Opinion filed October 30, 1924.

Lurie & Fishell, for appellant.  Adams, Follansbee, Hawley & Shorey, for appellee; Mitchell D. Follansbee and John E. Gaven, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Northwestern Consolidated Milling Company, appellant, v. John A. Sloan, appellee.  Gen. No. 28,792.

Assumpsit on failure to complete contract of purchase.  Judgment for defendant.  Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1923.  Affirmed.  Opinion filed October 30, 1924.

Allen, Ward, Myers & Schwartz, for appellant.  Bassler, Bippus, Rose & Reeve, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Ray Claasens, appellee, v. Schonig Motor Corporation, appellant. Gen. No. 28,809.

Action for negligence in care of automobile by public garage. Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William E. Helander, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1923.  Reversed and remanded.  Opinion filed October 30, 1924.

Peden, Graydon, Kahn & Murphy, for appellant; Gerald Ryan, of counsel.  No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.